

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

February 17, 2021

VIA ECF
Hon. Judge Sidney H. Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   Sanchez v. The Proctor & Gamble Company; *Civil Action No. 1:20-cv-10974-SHS*

Dear Judge Stein,

    The undersigned represents Plaintiff Christian Sanchez (hereinafter "Plaintiff") in the above-referenced matter.

    The initial conference for this matter is set for February 19, 2021 at 10:00 a.m. It is now February 17, 2021, and Defendant has yet to appear in this case. In fact, Plaintiff has still not received an Affidavit of Service from its process server.

    In light of the above, the undersigned requests that the upcoming Conference be adjourned as well as an additional 30 days in which to file an Affidavit of Service with the Court.

    Thank you for your time and consideration of the above request.

Respectfully submitted,

/s/ *Joseph H. Mizrahi*
Joseph H. Mizrahi, Esq.

**Plaintiff's time to file an affidavit of service is extended to March 17, 2021. The initial teleconference is adjourned to April 20, 2021, at 10:00 a.m.**

Dated:  New York, New York
         February 17, 2021

SO ORDERED

*[Signature]*
SIDNEY H. STEIN
U.S.D.J.