UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CHRISTIAN SANCHEZ, on behalf of himself   :   20-Cv-10974 (SHS)
and all others similarly situated,
                                          :
            Plaintiffs,                       ORDER
    -v-                                   :

THE PROCTER & GAMBLE COMPANY,             :

            Defendant.                    :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff having filed a notice of settlement on March 23, 2021 [Doc. No. 13],

    IT IS HEREBY ORDERED that:

1.    The Clerk of Court is directed to amend the caption as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CHRISTIAN SANCHEZ,                        :

            Plaintiff,                    :
    -v-
                                          :

THE PROCTER & GAMBLE COMPANY,             :

            Defendant.                    :
-------------------------------------------------------------x

2.    The initial pretrial conference scheduled for April 20, 2021, at 10:00 a.m., will take place as previously scheduled [Doc. No. 7], if the stipulation of dismissal is not filed before that date.

Dated: New York, New York
       March 24, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.